# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

JAMES W. EBY, SR.,                          )
                                            )
            Plaintiff,                      )
                                            )        NO.  CV-11-0241-JPH
     vs.                                    )
                                            )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                          )        **CIVIL CASE**
Commissioner of Social Security,            )
                                            )
            Defendant.                      )
_____)

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 8th day of August, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


by:   s/Pamela A. Howard
            Deputy Clerk


cc: all counsel